UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

KEVIN BELL,
A/K/A RONEN STOLOFF

No. 2:25-cr-00076-JAW

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Threat Against the President)

On about April 5, 2025, in the District of Maine, the defendant

**KEVIN BELL**
**A/K/A RONEN STOLOFF**

knowingly and willfully made a threat to take the life of and to inflict bodily harm upon the President of the United States.

All in violation of Title 18, United States Code, Section 871(a).

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant U.S. Attorney

Date: MAY 8, 2025