UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| USA, | Before: John A. Woodcock, Jr. |
| Plaintiff | U.S. District Judge |
| | Case No.: 2:25-cr-00076-JAW |
| v. | Court Reporter: Tammy Martell |
| | Courtroom Deputy: Joanne McCue |
| KEVIN BELL, | Interpreter/Language: |
| Defendant | **Date**: December 16, 2025 |

### COURTROOM MINUTES: TRIAL PROCEEDINGS

Appearances:

Plaintiff(s)/Government:    Nicholas S. Heimbach, AUSA, Shira Furman, AUSa
Defendant(s):    Grainne Dunne, Esq., Caleigh Milton, Esq.
Type of Counsel:  Court Appointed

## Bench Trials:

☐ **Bench Trial Began on:**
☐ **Bench Trial Continued/Held on:**
☐ **Bench Trial Concluded on:**
☐ **Court Verdict**:

## Jury Trials:

☒ **Jury Trial Began on:** December 16, 2025
☐ **Jury Trial Continued/Held on:**
☒ **Jury Trial Concluded on** December 16, 2025
☐ Jury retired to deliberate at        on
☐ Court orders the Clerk's Office to provide a meal to the jury for jury deliberation on
☐ Prepare Kepreos Order and have copies for jury when verdict is returned
☒ Prepare Certificates of Appreciation for Jurors
☐ Jury returned verdict at        on
☐ Jury Polled        ☐ Polling Waived
☒ Jury Discharged on December 16, 2025

- 1 -

- 2 -

**For Bench Trials & Jury Trials:**

☐ Conference of Counsel held on:

☒ Frye Colloquy held on: (Criminal Cases only) December 16, 2025

☐ Charge Conference held on _____ pursuant to Fed. R.Civ.P 51(b)(1)   Court Reporter present for charge conference ☐ **No** ☐ **Yes**
☐ Parties provided with opportunity to object on the record and out of the jury's hearing before the instructions and closing arguments are delivered, pursuant to Fed. R. Crim. P. 30(d)
☒ **Oral Motions**: (Specify Date and Motion and/or Ruling Below):

| Motion | Ruling |
|---|---|
| **Oral Motion to Dismiss Indictment** | **Oral Order granting** |

☐ **Motions taken under advisement**:

☐ **Other/Notes**:

*** Note: Exhibit and Witness Lists are filed separately.*