UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:25-cr-00076-JAW |
| | ) |
| | ) |
| KEVIN BELL | ) |

ORDER OF DISCHARGE

Upon an oral Motion to Dismiss with prejudice by the Government and with the Defendant's Consent, the Court hereby GRANTS the Government's motion and DISMISSES with prejudice Count One of the Indictment. It is therefore adjudged that the defendant, KEVIN BELL, is hereby,

DISCHARGED of Count One as charged in the Indictment, pursuant to Federal Rule of Criminal Procedure 48(a).

Dated this 16th day of December, 2025.

/s/ John A. Woodcock, Jr.
U.S. District Judge